# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HILLARY EISWORTH

VERSUS

SATYAPRASAD ALAPATI, M.D.;
ROBERT F. HAYDEN II, M.D.;
AND OUR LADY OF THE LAKE
HOSPITAL, INC.

NO.  2019 CW 0981

OCT 2 8 2019

In Re:  Robert Hayden, M.D., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 642410.

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT